IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                                    )
                                                     )
LEOMIA TURNAGE                                       )    Chapter 13
7 BRAXTON MANOR DRIVE                                )    Case No.        15-41819-EJC
SAVANNAH, GA 31407                                   )
                                                     )
                              Debtor(s)              )

## OBJECTION TO CONFIRMATION BY CHAPTER 13 TRUSTEE

   NOW COMES O. Byron Meredith III, Chapter 13 ("Trustee") in the above-styled case, and objects to confirmation of the proposed Chapter 13 Plan for reason(s) stated herein:

[ ] The Trustee objects to the following expense(s) of the debtor on the ground that the expense(s) is excessive and unnecessary for the maintenance or support of the debtor(s) in a composition chapter 13 plan:

EXPENSE                              AMOUNT

[ ] The Trustee objects to retaining the following property on the ground that the property listed below is not necessary to the debtor's effective reorganization:

[ ] Debtor(s) testified at the meeting of creditors or Trustee has received notice from the IRS or the GA DOR that tax returns for the following year(s) have not been filed:

[ ] Debtor(s) is no longer employed and does not have a regular source of income to be eligible for Chapter 13 pursuant to 11 U. S. C. Section 109.

[ ] The Debtor has prevented the Trustee from complying with 11 U. S. C. Section 1302 by failing to respond to his request (s) for information.

[X] OTHER:

**The income shown on Schedule I to the petition and on Form 22-C are identical. The Debtor is above median, and Form 22-C indicates monthly disposable income of $499.24 per month. The Trustee requests a minimum dividend to general unsecured creditors of $29,954.40.**

**The Trustee requests a copy of the Debtor's 2014 tax return.**

**The Debtor's budget includes an expense of $274.00 for payments that her spouse makes on a motor vehicle. The Debtor could not recall when these payments will be completed. The Trustee requests additional information.**

   WHEREFORE , the Trustee moves the Court to inquire into the above objection(s), deny confirmation of the proposed plan, and for such additional relief as may be just and proper.

This  22  day of December, 2015.

                                                          s/ JEFF NARMORE, Bar # 412079
                                                          O. Byron Meredith III
                                                          Chapter 13 Trustee
                                                          Georgia Bar No. 002330


## CERTIFICATE OF SERVICE

I the undersigned certify that a copy of this Objection to Confirmation by Chapter 13 Trustee has been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class mail, postage prepaid, this  23  day of December, 2015.

                                                          O. Byron Meredith III
                                                          Chapter 13 Trustee
                                                          Post Office Box 10556
                                                          Savannah, GA 31412
                                                          (912) 234-5052

DANIEL C. JENKINS
By Electronic Noticing